# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBRAM OLIVER DEGARDEYN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF PENNSYLVANIA, ) <br> ) <br> Defendant. ) | Civil Action No. 2:26-267 <br> Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 27th day of February, 2026, upon consideration of Petitioner Ambram Oliver Degardeyn's pro se Notice of Removal which was submitted without him paying the filing fee or submitting a motion for leave to proceed in forma pauperis and wherein he seeks to remove a criminal case filed against him in the Court of Common Pleas of Fayette County at Case No. CP-26-CR-0002157-2025, including two misdemeanor counts of Stalking-Repeatedly Commit Acts to Cause Fear, in violation of 18 Pa.C.S. § 2709.1(a)(1), (Docket No. 1), and the February 24, 2026 Report and Recommendation of United States Magistrate Judge Christopher B. Brown recommending that after reviewing the Notice of Removal pursuant to 28 U.S.C. § 1455(b)(4), that the Court should summarily remand this matter to the Court of Common Pleas of Fayette County for further proceedings, and directing Petitioner to file any objections by March 13, 2026, Petitioner's subsequent filings on February 24, 2026 and February 26, 2026 titled "Mercury Protocol – Expanded Master of Record of Federal, State, Administrative, and Auxilary-Aid Interactions," (Docket No. 3), and "Motion to Stay Proceedings and Notice of Jurisdictional

1

Conflict," (Docket No. 4), which the Court liberally construes as Objections to the Report and Recommendation, including a request that the Court stay the matter pending a determination as to whether jurisdiction appropriately lies in this Court or the Court of Common Pleas of Fayette County, and upon independent review of the record and de novo consideration of the Magistrate Judge's February 24, 2026 Report and Recommendation, (Docket No. 2), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Petitioner's Motion to Stay [4] is DENIED and his Objections [3] [4] are OVERRULED. In so holding, the Court has reviewed the matter and agrees with the Magistrate Judge's recommendation and legal analysis that this matter must be summarily remanded pursuant to 28 U.S.C. § 1455(b)(4). This is a local matter involving misdemeanor state criminal charges of stalking and Petitioner has not stated any valid ground for removal because he is not a federal officer, a state officer, or a member of the armed forces and has not made any claims that would bring this case within the narrow exception permitting the removal of criminal cases under § 1443(1). *See* 28 U.S.C. §§ 1442, 1443, 1442a, 1443(1), 1443(2); *see also Pennsylvania v. Brown-Bey*, 637 F. App'x 686, 688 (3d Cir. 2016) (per curiam) ("a defendant seeking to remove a case under § 1443(1) must demonstrate that the rights claimed arise under a provision of the Constitution or federal law specifically designed to promote racial equality, and must also specifically allege that he has been denied or cannot enforce in the state court the right that was created by the civil rights law under which he seeks protection.");

IT IS FURTHER ORDERED that this case is REMANDED to the Court of Common Pleas of Fayette County, forthwith;

IT IS FURTHER ORDERED that the Clerk of Court shall serve a certified copy of this Order on the Prothonotary for the Court of Common Pleas of Fayette County, forthwith; and,

FINALLY, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc:   Prothonotary, Court of Common Pleas of Fayette County

cc:   ABRAM OLIVER DEGARDEYN
      511 Prospect Street EXT
      Point Marion, PA 15474
      (via U.S. First Class Mail)